### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

WILLIAM R. DIXON,                         :         Case No. 3:11-cv-150

        Petitioner,

                             :         District Judge Thomas M. Rose
   vs.                                    Magistrate Judge Michael J. Newman

WARDEN, SOUTHERN OHIO               :
CORRECTIONAL FACILITY,

        Respondent.                      :

---

### ORDER
_____

On October 15, 2012, the Court received an extensive mailing from William Dixon –
Petitioner in this *habeas corpus* matter – addressed to the undersigned's chambers instead of the
Clerk's office.   The mailing has not been reviewed by the undersigned.   As is the usual practice,
the mailing is being referred to the Clerk for docketing as "Correspondence from Petitioner."
Because the documents contain Petitioner's personal identifiers, the filing shall be placed **UNDER
SEAL**, with access given to case participants only.

Having reviewed the docket sheet of this matter, the Court notes that Petitioner is
represented by counsel.   Recognizing that the mailing is from Petitioner himself, and not from his
counsel, the Court has some concern that counsel may not have seen the documents prior to being
mailed to the Court.   Counsel may, of course, now review the filing via CM-ECF.

October 17, 2012                                    s/ **Michael J. Newman**
                                                    United States Magistrate Judge