IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WILLIAM R. DIXON, | : | |
| | | Case No. 3:11-cv-150 |
| Petitioner, | | |
| | : | District Judge Thomas M. Rose |
| v. | | Magistrate Judge Michael J. Newman |
| | | |
| WARDEN, SOUTHERN OHIO CORRECTIONAL INSTITUTION, | : | |
| | | |
| Respondent. | : | |

**ENTRY AND ORDER DENYING PETITIONER'S MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS* (Doc. #28); MOTION TO REQUEST MORE TIME (Doc. #30); AND MOTION TO REQUEST APPEALABLE ORDER (Doc. #31)**

On February 11, 2013, the Court -- adopting the Magistrate Judge's Report and Recommendation (doc. #19) -- dismissed Petitioner's petition for a writ of *habeas corpus*, and closed this case. Doc. #22. In that Order, the Court denied Petitioner a certificate of appealability and any requested leave to *appeal in forma pauperis*. *Id.*

Now before the Court are three additional post-judgment motions: a motion to proceed *in forma pauperis* on appeal (doc. #28); a motion "to request more time" (doc. #30); and a motion for a certificate of appealability (doc. #31).

The Court has already considered and denied Petitioner's requests for a certificate of appealability and *in forma pauperis* status on appeal in its February 11, 2013 Order. Doc. #22. The Court reiterates here that reasonable jurists would not disagree with the dismissal of Petitioner's *habeas* petition. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Therefore, Petitioner's motion "to request [an] appealable order on all grounds" (doc. #31) is **DENIED**, and he is **DENIED** a certificate of appealability on all grounds for relief. Further, the Court

**CERTIFIES** that an appeal of the February 11, 2013 Order would not be taken in good faith, and Petitioner's motion for *in forma pauperis* status on appeal (doc. #28) is **DENIED**.  *See* 28 U.S.C. § 1915(a)(3).  Finally, Petitioner's unspecified motion "to request more time" (doc. #30) is **DENIED AS MOOT**.

3/22/2013                                                                  s/Thomas M. Rose
                                                                                    Judge Thomas M. Rose
                                                                                    United States District Court